**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

* * *

| | |
|---|---|
| JOHN W. SMIRK, | Case No. 2:18-cv-01516-JCM-CWH |
| Plaintiff, | |
| v. | **ORDER** |
| TRUSTEES OF THE INTERNATIONAL PAINTERS AND ALLIED TRADES INDUSTRY PENSION PLAN, et al., | |
| Defendants. | |

Presently before the court is the parties' stipulation to extend defendants' deadline to respond to the complaint (ECF No. 4), filed on September 5, 2018. The parties' move to extend the response deadline to 60 days following the appearance of plaintiff's new counsel. The court declines to set an ambiguous deadline. Rather, the court will grant defendants an additional 60 days from the date of this order to respond to plaintiff's complaint.

IT IS THEREFORE ORDERED that the parties' stipulation (ECF No. 4) is GRANTED. Defendants must file a response to the complaint within 60 days from the date of this order.

DATED: September 12, 2018

_____
C.W. HOFFMAN, JR.
UNITED STATES MAGISTRATE JUDGE