UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| JOHN W. SMIRK,<br><br>          Plaintiff(s),<br><br>  v.<br><br>TRUSTEES OF THE INTERNATIONAL PAINTERS AND ALLIED TRADES INDUSTRY PENSION PLAN, et al.,<br><br>          Defendant(s). | Case No. 2:18-CV-1516 JCM (CWH)<br><br>ORDER |

   Presently before the court is the matter of *Smirk v. Trustees of the International Painters and Allied Trades Industry Pension Plan et al.*, case number 2:18-cv-1516-JCM-CWH.

   On September 25, 2018, petitioner James E. Goodley filed a verified petition for permission to practice *pro hac vice*. (ECF No. 9).

   Goodley requests the court to allow him to practice *pro hac vice* on behalf of all defendants, including Trustees of the International Painters and Allied Trades Industry Pension Plan ("the Trustees"). *See* (ECF No. 9). Under Local Rule IC 5-1(d), a petitioner must include the original signature or the "/s/[name]" signature of each party that the petitioner would like to represent. *See* LR IC 5-1. In violation of this rule, Goodley improperly omitted the Trustees' signature from his verified petition. (*Id.*); *see* LR IC 5-1(d).

   In accordance with the foregoing, the court denies Goodley's verified petition (ECF No. 9). *See* LR IA 11-2(h) ("The court may grant or deny a petition to practice under this rule."). Goodley shall file, within ten (10) days of the entry of this order, a verified petition that fully complies with the applicable local rules. Failure to timely comply will result in "the striking of any and all documents previously filed by the attorney." LR IA 11-2(j).

. . .

**James C. Mahan**
**U.S. District Judge**

Accordingly,

IT IS SO ORDERED.

DATED September 28, 2018.

_____
UNITED STATES DISTRICT JUDGE

**James C. Mahan**
**U.S. District Judge**