**THE URBAN LAW FIRM**
MICHAEL A. URBAN, Nevada State Bar No. 3875
4270 S. Decatur Blvd., Suite A-9
Las Vegas, Nevada 89103
Telephone: (702) 968-8087
Facsimile: (702) 968-8088
Electronic Mail: murban@theurbanlawfirm.com
Counsel for Plaintiff

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| JOHN W. SMIRK,<br><br>              Plaintiff,<br><br>vs.<br><br>TRUSTEES OF THE INTERNATIONAL PAINTERS AND ALLIED TRADES INDUSTRY PENSION PLAN; RICHARD B. SIGMOND; INTERNATIONAL PAINTERS AND ALLIED TRADES INDUSTRY PENSION PLAN,<br><br>              Defendants. | CASE NO: 2:18-cv-01516- JCM-CWH<br><br>**STIPULATION FOR DISMISSAL WITHOUT PREJUDICE AND ORDER** |

      Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff JOHN W. SMIRK ("Plaintiff"), by and through his counsel of record, The Urban Law Firm, and Defendants, TRUSTEES OF THE INTERNATIONAL PAINTERS AND ALLIED TRADES INDUSTRY PENSION PLAN; RICHARD B. SIGMOND; and INTERNATIONAL PAINTERS AND ALLIED TRADES INDUSTRY PENSION PLAN, by and through its counsels of record, Leon Greenberg Professional Corporation and Jennings Sigmond, P.C., do hereby jointly stipulate to the dismissal of all of Plaintiff's claims against the Defendants, without prejudice, each party to bear its own attorney's fees and costs. The dismissal of these claims results in the dismissal of this case in its entirety.

/ / /

/ / /

/ / /

Dated: October 3, 2018                    Dated: October 3, 2018

**THE URBAN LAW FIRM**

By: ___/s/ Michael A. Urban_____
MICHAEL A. URBAN, NV Bar No. 3875
4270 S. Decatur Blvd., Suite A-9
Las Vegas, Nevada 89103
*Counsel for Plaintiff*

**LEON GREENBERG PROFESSIONAL CORPORATION**

By: ___/s/ Leon Greenberg_____
Leon Greenberg, Esq. NV Bar No. 8094
Dana Sniegocki, Esq. NV Bar No. 11715
2965 S. Jones Boulevard #E-3
Las Vegas, Nevada 89146
*Counsel for Defendants*

**JENNINGS SIGMOND, P.C.**

By: ___/s/ James E. Goodley_____
James E. Goodley
(pro hac vice petition pending)
1835 Market St., Suite 2800
Philadelphia, PA 19103
*Counsel for Defendants*

## **ORDER**

IT IS HEREBY ORDERED that all Defendants are dismissed from the above-entitled case without prejudice. Each side to bear their own attorney's fees and costs.

DATED: October 4, 2018

_____
UNITED STATES DISTRICT JUDGE